**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR95-0320-PHX-RCB |
|---|---|
| Plaintiff, | Order Re: Motion to Continue Final Disposition Hearing |
| vs. | (Second Request) |
| Juan Morales Garza, Sr., | |
| Defendant. | |

Upon motion of the Defendant, (the government not objecting), and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue the Final Disposition Hearing is granted.

**IT IS FURTHER ORDERED** that the Final Disposition Hearing in this matter presently scheduled for November 5, 2012 at 10:30 a.m. is hereby vacated.

**IT IS FURTHER ORDERED** that the Final Disposition Hearing in this matter is reset for Thursday, December 6, 2012 at 11:15 a.m. in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the Court finds excludable delay under Title 18 U.S.C. §3161(h) from ___, to ___.

**DATED** this 2nd day of November, 2012.

_____
Robert C. Broomfield
Senior United States District Judge