WO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Juan Morales Garza, Sr.,<br><br>Defendant. | Case No. CR 95-320-PHX-RCB<br><br>Order Re: Motion to Continue Disposition Hearing<br><br>(Second Request) |

Upon motion of the Defendant, the government not objecting, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue Disposition Hearing is granted pursuant to 18 U.S.C. §3161 (h).

**IT IS FURTHER ORDERED** that the Disposition Hearing presently set for February 25, 2013 at 10:00 a.m. is vacated.

**IT IS FURTHER ORDERED** that the Disposition Hearing in this matter is reset to May 20, 2013, at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Court finds excludable delay under Title 18 U.S.C. §3161(h) from February 25, 2013 to May 20, 2013.

**DATED** this 22nd day of February, 2013.

_____
Robert C. Broomfield
Senior United States District Judge